

**NUMBER 13-09-00012-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**LOREEN EDWARDS,**
**Appellant,**

**v.**

**ERIN SCHNITZER,**
**Appellee**.

---

**On appeal from the County Court at Law No. 5**
**of Hidalgo County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela**
**Memorandum Opinion Per Curiam**

Appellant perfected an appeal from a judgment entered by the County Court at Law No. 5 of Hidalgo County, Texas, in cause number CL-06-0091-E. The parties have filed an agreed motion to dismiss the appeal on grounds that all matters at issue between the parties have been settled. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the parties' agreed motion to dismiss, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). The parties' motion to dismiss is granted, and the appeal is hereby DISMISSED with prejudice. Costs will be taxed against appellant. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 26th day of March, 2009.